1 **John Spencer Stewart, OSB #711648**
   E-mail: jstewart@lawssg.com
2 **Thomas A. Larkin, OSB #923623**
   E-mail: tlarkin@lawssg.com
3 **Robert B. Coleman, OSB #001554**
   E-mail: rcoleman@lawssg.com
4 STEWART SOKOL & GRAY LLC
   2300 SW First Avenue, Suite 200
5 Portland, Oregon 97201-5047
   Telephone: 503-221-0699
6 Facsimile: 503-419-0281

7    Attorneys for Defendant
     Umpqua Bank
8

9           IN THE UNITED STATES BANKRUPTCY COURT

10                FOR THE DISTRICT OF OREGON

11 In re                                )
                                        )
12 Summit Accommodators, Inc., dba      )    Bankruptcy Case No. 08-37031-RLD11
   Summit 1031 Exchange,                )
13                                      )
                   Debtor.              )
14 _____ )
                                        )
15 **KEVIN D. PADRICK, TRUSTEE OF THE** )    Adv. Pro. No. 09-03233
   **SUMMIT ACCOMMODATORS**             )
16 **LIQUIDATING TRUST,**               )
                         Plaintiff,     )    **NOTICE OF REMOVAL**
17                                      )
            v.                          )
18                                      )    State Court Case No. 0906-08488
                                        )
19 **UMPQUA BANK,**                     )
                         Defendant.     )
20 _____ )

21 **TO:   THE CLERK OF THE COURT,**
   **THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF OREGON:**
22

23        PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1334(b), 1446, and 1452

24 of the Judicial Code, Federal Rules of Bankruptcy Procedure 9027, 7001, Local District

25 Court Rules 2100.3 and 2100.7, and Local Bankruptcy Court Rules 9027-1 and 7001-1,

26 Defendant Umpqua Bank ("Umpqua"), hereby removes to United States Bankruptcy

NOTICE OF REMOVAL - Page 1

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 09-03233-rld    Doc 1    Filed 07/21/09

1 Court for the District of Oregon the case now pending in Multnomah County Circuit

2 Court as <u>Padrick v. Umpqua Bank</u>, Case No. 0906-08488.

3     As grounds for removal, Defendant states as follows:

4     1. On June 19, 2009, Kevin D. Padrick, Trustee of the Summit Accommodators

5 Liquidating Trust ("Plaintiff") filed a Complaint in this action now pending in Multnomah

6 County Circuit Court as <u>Padrick v. Umpqua Bank</u>, Case No. 0906-08488. Pursuant to

7 28 U.S.C. § 1446(a), all state court papers served on Umpqua or otherwise filed therein

8 at the time of removal, including the Complaint and Summons, are attached as

9 Exhibit 1.

10     2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), which

11 provides that a notice of removal must be filed within 30 days after a defendant

12 receives, by service or otherwise, the initial pleading.

13     3. Plaintiff alleges that Summit engaged in a ponzi scheme in which Summit's

14 principals embezzled money that it obtained from clients who entrusted Summit to hold

15 their money in order to facilitate "1031 exchanges" under Section 1031 of the Internal

16 Revenue Code. <u>See</u> Ex. 1 (Compl.) ¶¶ 4-6. Plaintiff further alleges that Umpqua

17 officials were made aware of "all relevant aspects" of Summit's ponzi scheme and that

18 Umpqua officials encouraged and aided Summit's principals in carrying out the alleged

19 scheme, ultimately leading to Summit filing for bankruptcy protection and resulting in

20 losses to Summit's 1031 exchange clients. <u>Id.</u> ¶¶ 10-16.

21     4. Plaintiff purports to assert a cause of action for Civil Conspiracy/Aiding and

22 Abetting based on these allegations, seeking recovery on behalf of the Summit

23 Accomodators Liquidating Trust. <u>Id.</u> ¶¶ 17-25.

24     5.     This Court has original jurisdiction over this action pursuant to Section

25 1334(b) of the Judicial Code, as this action is "related" to the pending Chapter 11

26 ///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1 proceeding filed by Summit Accommodators, Inc. ("Summit"). Upon this removal, the
2 proceeding is core.

3 **BANKRUPTCY "RELATED TO" JURISDICTION**

4       6. On December 19, 2008, Summit Accommodators, Inc. (Summit) filed a
5 petition for voluntary bankruptcy protection under Chapter 11 of the United States
6 Bankruptcy Code in the United States Bankruptcy Court for the District of Oregon, Case
7 No. 08-37031-RLD11. The assets of the company were transferred into a liquidating
8 trust, of which the Plaintiff is the liquidating trustee. See Ex. 1, ¶¶ 1-2.

9       7. This Court has original jurisdiction over this action pursuant to Section
10 1334(b) of the Judicial Code because this action is "related to" the Summit bankruptcy
11 proceedings. See Celotex Corp. v. Edwards, 514 U.S. 300, 308 n. 5 (1995)
12 ("Proceedings 'related to' the bankruptcy include (1) causes of action owned by the
13 debtor which become property of the estate pursuant to 11 U.S.C. § 541, and (2) suits
14 between third parties which have an effect on the bankruptcy estate."); In Re Feitz, 852
15 F.2d 455, 457 (9th Cir. 1988) (quoting Pacor, Inc. v. Higgins, 743 F.2d 984, 994 (3d Cir.
16 1984).

17       8.     Here, Plaintiff asserts claims that allegedly are property of Summit's
18 bankruptcy estate, and seeks to recover on behalf of Summit's bankruptcy estate, the
19 assets of which have been converted into a liquidating trust to benefit Summit's
20 creditors. Accordingly, any recovery in this action will effect the amount of assets
21 available to creditors of the estate and the action is "related to" Summit's Chapter 11
22 proceeding. Likewise, any recovery of other assets of the liquidating trust will affect the
23 recovery that the Plaintiff could, in any event, obtain against Umpqua. Moreover, the
24 adversary proceeding against the principals who Umpqua allegedly aided and abetted
25 has be labeled "core" by Plaintiff in the Chapter 11 proceeding.

26 ///

NOTICE OF REMOVAL - Page 3

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1 **REMOVAL TO THIS COURT IS PROPER**

2      9.     Pursuant to 28 U.S.C. §§ 1334, 1446, and 1452, removal of the above-

3 captioned state court action to this Court is appropriate.

4     10.  Pursuant to 28 U.S.C. § 1452(a), removal to this Court is proper because

5 the state action is currently pending in this district.

6 **OTHER PROCEDURAL REQUIREMENTS**

7     11.     Umpqua does not waive, and expressly preserves, all objections including

8 (without limitation) those under Federal Rule of Civil Procedure 12.

9     12.     Umpqua will promptly serve a copy of the Notice of Removal on Plaintiff's

10 counsel and file with the Clerk of the Circuit Court of Multnomah County, Oregon a

11 Notice of Filing of Notice of Removal. See 28 U.S.C. § 1446(d).

12     13.     This Notice of Removal is signed pursuant to Federal Rule of Civil

13 Procedure 11 and Federal Rule of Bankruptcy Procedure 9011.

14     DATED this 21st day of July, 2009.

15                 STEWART SOKOL & GRAY LLC

16

17

18                 By: /s/ Thomas A. Larkin
                    John Spencer Stewart, OSB # 711648
                    Email: jstewart@lawssg.com

19                     Thomas A. Larkin, OSB # 923623
                    Email: tlarkin@lawssg.com

20                     Robert B. Coleman, OSB # 001554
                    Email: rcoleman@lawssg.com

21                     2300 SW First Avenue, Suite 200
                    Portland, OR 97201-5047

22                     Telephone: (503) 221-0699
                    Of Attorneys for Defendant

23

24

25

26

NOTICE OF REMOVAL - Page 4

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that I served the foregoing **NOTICE OF REMOVAL** on:

3 David S. Aman
Tonkon Torp LLP
4 888 SW 5th Avenue, Suite 1500
Portland, OR 97204
5 Fax: (503) 972-3753
Of Attorneys for Plaintiff
6
by the following indicated method or methods:
7
_____ by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-
8 paid envelope, and addressed to the attorney as shown above, the last-known
office address of the attorney, and deposited with the United States Postal
9 Service at Portland, Oregon on the date set forth below.

10 _X_ by **E-filing** a full, true and correct copy thereof to the attorney at the electronic
mail address reflected on the Court's CM/ECF system, on the date set forth
11 below.

12 _____ by sending a full, true and correct copy thereof via **overnight courier** in a
sealed, prepaid envelope, addressed to the attorney as shown above, the last-
13 known office address of the attorney, on the date set forth below.

14 _____ by **faxing** a full, true and correct copy thereof to the attorney at the fax number
shown above, which is the last-known fax number for the attorney's office, on the
15 date set forth below.

16 Dated this 21st day of July, 2009.

17
/s/ Thomas A. Larkin
18 Thomas A. Larkin, OSB #923623
Of Attorneys for Defendant
19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706