Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Summit Accommodators, Inc., dba Summit 1031 Exchange,<br>                Debtor. | Case No. 08-37031-rld11 |
| Kevin D. Padrick, Trustee of the Summit Accommodators Liquidating Trust,<br>                Plaintiff,<br>    v.<br>Umpqua Bank,<br>                Defendant. | Adv. Proc. No. 09-03233-rld<br><br>**ORDER GRANTING MOTION FOR REMAND** |

       THIS MATTER came before the Court at a hearing on December 8, 2009, on the motion of plaintiff Kevin D. Padrick, Trustee of the Summit Accommodators Liquidating Trust, for Remand and/or Abstention in the above-captioned case. The Court having reviewed and considered the parties' memoranda and the arguments of counsel, and the Court

**Page 1 of 2** - ORDER GRANTING MOTION FOR REMAND

thus being fully advised, now, therefore, based on the findings and conclusions made by the Court at the hearing,

IT IS HEREBY ORDERED that the plaintiff's Motion to Remand pursuant to 11 U.S.C. § 1452(b) is granted, and the within case is hereby remanded.

# # #

Presented by:

TONKON TORP LLP


By  */s/ Caroline Harris Crowne*
    Daniel H. Skerritt, OSB No. 681519 (Lead Attorney)
    David S. Aman, OSB No. 962106
    Caroline Harris Crowne, OSB No. 021315
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:   503-221-1440
    Facsimile:   503-274-8779
    E-mail:      dan.skerritt@tonkon.com
             david.aman@tonkon.com
             caroline.harris.crowne@tonkon.com

    Attorneys for Padrick, Trustee


cc:    ROBERT B. COLEMAN    rcoleman@lawssg.com
       THOMAS A. LARKIN     tlarkin@lawssg.com
       JOHN SPENCER STEWART  jstewart@lawssg.com

Page 2 of 2 -   ORDER GRANTING MOTION FOR REMAND

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 09-03233-rld    Doc 40    Filed 12/21/09

CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing [PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR REMAND on counsel for Defendant by electronic mail at least three days before submission to the Court, pursuant to LBR 9021-1(a)(2)(A), and on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

       DATED this 15th day of December 2009.

       TONKON TORP LLP

       By */s/ Caroline Harris Crowne*
          Daniel H. Skerritt, OSB #681519
          (Lead Attorney)
          David S. Aman, OSB #962106
          Caroline Harris Crowne, OSB #021315
          888 S.W. Fifth Avenue, Suite 1600
          Portland, OR  97204-2099
          Telephone: 503-221-1440
          Facsimile: 503-274-8779
          E-mail:   dan.skerritt@tonkon.com
                      david.aman@tonkon.com
                      caroline.harris.crowne@tonkon.com

          Attorneys for Kevin D. Padrick, Trustee

034894/00004/1889571v1